IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH GRAY,

    Plaintiff,

v.

                                                Case No. 18-cv-958-jdp

RANDALL R. HEPP, EDWARD F.
WALL, JOHN MAGGIONCALDA and
STEVE BETHKE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 7/2/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |